Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
BAKER & McKENZIE LLP
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone:  214 978 3000
Facsimile:  214 978 3099
Attorneys for Plaintiff VITALY IVANOVICH SMAGIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VITALY IVANOVICH SMAGIN,

Plaintiff(s),

v.

ASHOT YEGIAZARYAN, a/k/a Ashot Egiazaryan;
SUREN YEGIAZARYAN, a/k/ Suren Egiazaryian,

Defendant(s).

CASE NUMBER

2:20-cv-02925-RGK-PLA

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

June 25, 2020                                           /s/ Nicholas O. Kennedy
*Date*                                                  *Signature of Attorney/Party*

*NOTE: **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

***F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*